IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
Summary Calendar

KENNETH B. COTTON,

Plaintiff-Appellant,

versus

THE METROPOLITAN TRANSIT AUTHORITY
OF HARRIS COUNTY, TEXAS; UNION PACIFIC
RAILROAD CO.; SOUTHERN PACIFIC RAILROAD CO.;
BURLINGTON NORTHERN RAILROAD; HOUSTON
BELT & TERMINAL RAILWAY CO.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-94-4268
- - - - - - - - - -
February 5, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Kenneth B. Cotton appeals the district court's grant of summary judgment for the Metropolitan Transit Authority of Harris County, Texas, and the defendant railroad companies. Cotton's attempted arguments fail to challenge the district court's order. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993). In light of the well-reasoned memorandum opinion by the district

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

court, see Cotton v. Metropolitan Transit Auth., No. H-94-4268 (S.D. Tex. June 20, 1995), we AFFIRM.